

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:05-cr-218 |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | T. 21 U.S.C. § 841(a)(1) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| DENNIS DEAN SMITH, JR., | ) | T. 21 U.S.C. § 846 |
| | ) | |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Conspiracy to Distribute Methamphetamine)**

From a date unknown to the Grand Jury, but beginning by on or about August, 2004, and continuing to on or about the present, in the Southern District of Iowa and elsewhere, defendant, DENNIS DEAN SMITH, JR., did knowingly and intentionally conspire with one or more other persons, known and unknown to the Grand Jury, to knowingly distribute 50 grams or more of actual methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

**A TRUE BILL.**

                                                \s\
                                            FOREPERSON

Matthew G. Whitaker
United States Attorney

By: \s\ Lester A. Paff
      Lester A. Paff
      Assistant United States Attorney